# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

KENNETH CHARRON, SR.,  )
          Plaintiff,  )
          v.  )    No. 4:07CV627 CEJ
ELIZABETH CONLEY, et al.,  )
          Defendants.  )

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Kenneth Charron for appointment of counsel. The motion shall be denied.

There is no constitutional or statutory right to appointed counsel in civil cases. Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, the Court considers several factors, including (1) whether the plaintiff has presented non-frivolous allegations supporting his or her prayer for relief; (2) whether the plaintiff will substantially benefit from the appointment of counsel; (3) whether there is a need to further investigate and present the facts related to the plaintiff's allegations; and (4) whether the factual and legal issues presented by the action are complex. see Battle v. Armontrout, 788 F.2d 1319, 1322-23 (8th Cir. 1986); Nelson, 728 F.2d at 1005.

After considering these factors, the Court finds that the facts and legal issues involved are not so complicated that the appointment of counsel is warranted at this time. As a result, the Court will deny the motion to appoint counsel without prejudice. Plaintiff is free to file a motion for appointment of counsel at a later stage of this case, and the Court will consider whether the above factors weigh in favor of appointing counsel at that time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [#4] is **DENIED** without prejudice.

Dated this 7th day of May, 2007.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE