UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH CHARRON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:07-CV-627 (CEJ) |
| ) | |
| ELIZABETH CONLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the second motion of defendants Dr. Charles Chastain and Dr. Marcos Nalagan for summary judgment. Plaintiff opposes the motion, and the issues are fully briefed.

Plaintiff, a Missouri state prisoner, brings this action pursuant to 42 U.S.C. § 1983, alleging that various defendants acted with deliberate indifference to his serious medical needs, in violation of the Eighth Amendment. In his complaint, plaintiff names Dr. Elizabeth Conley, Dr. Manuel Largaespada, Dr. Chastain, and Dr. Nalagan, all of whom were employed by the Correctional Medical Services. Plaintiff states that he suffers from several chronic illnesses, including internal and external bleeding hemorrhoids, esophageal bleeding, gastric ulcers, gastric reflux, arthritis, and diverticulitis with colon and rectal polyps.

In a Memorandum and Order dated August 6, 2008, the Court denied plaintiff's motion for summary judgment and denied the summary judgment motion of defendants Dr. Chastain and Dr. Nalagan. The Court granted the motions for summary judgment of defendants Dr. Largaespada and Dr. Conley.

On September 1, 2009, Dr. Chastain and Dr. Nalagan (collectively, "the defendants") filed a second motion for summary judgment. As in their first motion, the defendants ask the Court to grant summary judgment in their favor on plaintiff's

claim against them for deliberate indifference to his serious medical needs. Because the Court has previously ruled on this issue, the Court will treat the defendants' second motion for summary judgment as a motion for reconsideration of the August 6, 2008 Memorandum and Order.

Upon careful review of the defendants' second motion for summary judgment, the Court believes that reconsideration of its prior decision is not warranted. The statements of material facts for both motions for summary judgment contain virtually the same citations to plaintiff's medical records. See (Doc. ##56; 83). Although the statement of material facts for the second motion includes "[a] more in-depth scrutiny of [p]laintiff's medical records," this documentation was available to the defendants when they filed their first motion for summary judgment. (Doc. #82, at 2, para. 7). The defendants also offer new deposition testimony of Dr. Chastain and Dr. Nalagan; however, this new evidence merely explains and confirms the information already disclosed in plaintiff's medical records. Because the defendants offer no arguments regarding an error of law or fact, the Court will not reconsider its August 6, 2008, Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the second motion for summary judgment filed by defendants Dr. Charles Chastain and Dr. Marcos Nalagan [Doc. #82] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of December, 2009.